# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES DAR-REL JOHNSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No.  5:14-cv-02492-KOB-JHE |
| ) | |
| JUDGE G. DAN REEVES, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 14, 2015, recommending that the court dismiss this § 1983 action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 9).  No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation . Accordingly, the court finds that this action is due to be **DISMISSED WITHOUT PREJUDICE**  pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.

The court will enter a separate Final Order.

1

DONE and ORDERED this 25th day of January, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE